BENJAMIN BLAIR, APPELLANT, *v.* WILLIAM WAIT AND WILLIAM G. WAIT, RESPONDENTS.

*Estoppel — compromise of debts.*

Where a debtor is negotiating a compromise of his debts, and one of the creditors states to him that a certain third party owns the debt apparently due to that creditor, and the debtor subsequently goes on and compromises with all his creditors effecting the compromise as to that debt with such third person, and paying him the amount of the compromise, the creditor making such statement is estopped from showing that it was untrue.

APPEAL from a judgment entered on a verdict in favor of the defendants at the Fulton county Circuit.

*Henry E. Smith*, for the appellant. *James M. Dudley*, for the respondents.

Opinion by LEARNED, P. J.

Present — LEARNED, P. J., BOARDMAN and BOCKES, JJ.

Judgment affirmed, with costs.